**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-2088**

———————

ROY T. COOPER,

Plaintiff - Appellant,

versus

NAN YA PLASTICS,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, District Judge.
(4:04-cv-21823-TLW)

———————

Submitted: February 22, 2007          Decided:  February 27, 2007

———————

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Roy T. Cooper, Appellant Pro Se.   Jonathan Pharr Pearson, Cheryl
Lynne Behymer, FISHER & PHILLIPS, LLP, Columbia, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy T. Cooper appeals the district court's order accepting the recommendation of the magistrate judge and dismissing the employment discrimination action Cooper brought against his former employer, Nan Ya Plastics. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. (<u>Cooper v. Nan Ya Plastics</u>, No. 4:04-cv-21823-TLW (D.S.C. Sept. 19, 2006)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>